# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

5th Market, Inc. v. Chicago Mercantile Exchange

No. 15-1785, -1787

**Entry of Appearance**

(INSTRUCTIONS: Counsel refer to Fed. Cir. R. 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    X As counsel for:    Chicago Mercantile Exchange, Inc.

I am, or the party I represent is (select one):
☐ Petitioner  ☐ Respondent    ☐ Amicus curiae    X Cross Appellant
☐ Appellant ☐ Appellee  ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):
☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:
   Name: Justin Loffredo
   Law firm: Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
   Address: 901 New York Avenue, N.W.
   City, State and ZIP: Washington, D.C. 20001-4413
   Telephone: (202) 408-4393
   Fax #: (202) 408-4400
   E-Mail address: justin.loffredo@finnegan.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel for the party in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

   X   I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/9/14

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
   ☐ Yes   X No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date July 16, 2015                /s/Justin Loffredo
                                  Signature of pro se or counsel

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing ENTRY OF APPEARANCE was served upon registered counsel by operation of the Court's CM/ECF system on this 16th day of July, 2015.

/s/Donna Stockton
Donna Stockton