NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**5TH MARKET, INC.,**
*Appellant*

v.

**CHICAGO MERCANTILE EXCHANGE, INC.,**
*Cross-Appellant*

---

2015-1785, -1787

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2013-00027.

---

**ON MOTION**

---

**O R D E R**

Chicago Mercantile Exchange, Inc. moves for a 30-day extension of time, until November 30, 2015, to file its response and reply brief. 5th Market, Inc. opposes the motion and seeks costs and attorney fees incurred for filing its opposition. Chicago Mercantile Exchange replies to the response.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

           FOR THE COURT

           /s/ Daniel E. O'Toole
           Daniel E. O'Toole
           Clerk of Court

s25